**Order entered August 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00995-CR

**COURTNEY EARLENE SHANNON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1
Grayson County, Texas
Trial Court Cause No. 2011-1-1161**

## ORDER

The Court has before it appellant's motion to appoint counsel. In the motion, appellant states that she desires to pursue the appeal, but is indigent and cannot afford counsel. She states she requested appointed counsel from the trial court, but was informed that court did not have jurisdiction. The record reflect appellant was represented by retained counsel at trial, but that counsel was not retained to represent appellant on appeal. We **GRANT** appellant's motion as follows.

We **ORDER** the trial court to conduct a hearing to determine whether appellant is indigent and is entitled to court-appointed counsel. If the trial court determines that appellant is indigent, we **ORDER** the trial court to appoint counsel to represent appellant in this appeal.

If the trial court determines that appellant is not indigent and is not entitled to court-appointed counsel, we **ORDER** the trial court to determine the name, State Bar number, and contact information for appellant's retained counsel.

We **ORDER** the trial court to transmit a record, containing its written findings of fact, any orders, and any supporting documentation to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received.

/s/    DAVID EVANS
        JUSTICE